## UNITED STATES DISTRICT COURT
### Eastern District of Washington

ALAN and DEBRA DeATLEY, et al.

                                                v.

YAKIMA COUNTY

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-3040-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered against counsel of record for Petitioners, J. Jarrette Sandlin and Ross Roland Rakow, in the amount of $1,785.00 pursuant to the Amended Order Entering Judgment, Ct. Rec. 43, filed on June 1, 2011.

06/02/11
*Date*

JAMES R. LARSEN
*Clerk*
s/ Penny Lamb
*(By) Deputy Clerk*
Penny Lamb