1
2
3
4
5
6

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

7
8
9
10
11
12
13
14
15
16

| | |
|---|---|
| ALAN and DEBRA DeATLEY, NAPI, LLC; 4-D, LLC; DeATLEY BROTHERS, LLC; DeATLEY BROS., LLC; DUSTIN DeATLEY and BRANDON DeATLEY;, <br><br> Plaintiff, <br><br> v. <br><br> YAKIMA COUNTY, <br><br> Defendant. | NO:  CV-10-3040-RMP <br><br> ORDER OF DISMISSAL WITH PREJUDICE |

17
18
19
20
21
22

BEFORE the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 53.  Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises. Accordingly,

23
24

**IT IS HEREBY ORDERED:**

25
26
27

1.   The parties' Stipulated Motion for Dismissal with Prejudice, **ECF No. 53**, is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims

28

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

and/or cross-claims are dismissed with prejudice and without costs to any party.

2.  All pending motions, if any, are **DENIED AS MOOT**.

3.  All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 16th day of June, 2011.


_____*s/ Rosanna Malouf Peterson*_____
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2